petitioners. *Solicitor General Fahy* and *Messrs. Warner W. Gardner* and *Irving J. Levy* for respondent.

No. 945. HARTFORD FIRE INSURANCE Co. *v.* LEIT-HAUSER, ADMINISTRATOR. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Clarence G. Myers, Harold W. Fraser,* and *Ross W. Shumaker* for petitioner. *Mr. John F. Hunter* for respondent.

No. 970. GREAT SOUTHERN LIFE INSURANCE CO. ET AL. *v.* WILLIAMS. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Clinton C. Small* for petitioners. *Mr. E. Byron Singleton* for respondent.

No. 981. RANDALL *v.* LABADDIE BOTTOMS RIVER PROTECTION DISTRICT OF FRANKLIN COUNTY, Mo. April 6, 1942. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. J. Wesley McAfee* and *Louis H. Breuer* for petitioner. *Mr. Gustavus A. Buder, Jr.* for respondent.

No. 987. FEDERAL POWER COMMISSION *v.* SAFE HARBOR WATER POWER CORP. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General Fahy* and *Mr. Richard J. Connor* for petitioner. *Messrs. Charles Markell* and *E. M. Sturtevant* for respondent. *Mr. Joseph Sherbow* filed a brief on behalf of the Public Service Commission of Maryland, as *amicus curiae,* in support of petitioner.